### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 17-31078 |
| | § | |
| HUMBLE SURGICAL HOSPITAL LLC, | § | Chapter 11 |
| | § | |
| Debtor. | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned represent Aetna Life Insurance Company, and hereby enter an appearance pursuant to Section 1109(b) of the United States Bankruptcy Code and Bankruptcy Rule 9010(b), and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), and (f) and 3017(a).  All such notices should be addressed to the following persons:

> Timothy A. ("Tad") Davidson II
> John B. Shely
> Joseph P. Rovira
> Brian C. Pidcock
> **ANDREWS KURTH KENYON LLP**
> 600 Travis, Suite 4200
> Houston, Texas 77002
> Telephone: (713) 220-4200
> Facsimile:  (713) 220-4285
> taddavidson@andrewskurth.com
> johnshely@andrewskurth.com
> josephrovira@andrewskurth.com
> brianpidcock@andrewskurth.com

Please take further notice that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and

HOU:3765927.1

whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced case and the proceedings.

Dated: February 24, 2017

Respectfully submitted,

**ANDREWS KURTH KENYON LLP**

By: */s/ Timothy A. Davidson II*
    **Timothy A. ("Tad") Davidson II**
    Texas State Bar No. 24012503
    **John B. Shely**
    Texas State Bar No. 18215300
    **Joseph P. Rovira**
    Texas State Bar No. 24066008
    **Brian C. Pidcock**
    Texas State Bar No. 24074895
    600 Travis, Suite 4200
    Houston, Texas 77002
    (713) 220-4200 – Telephone
    (713) 220-4285 – Telecopy

**ATTORNEYS FOR AETNA LIFE INSURANCE COMPANY**

2

HOU:3765927.1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing Notice of Appearance was served on the parties listed on the attached Service List via first class U.S. Mail and the Court's ECF system on those parties set up for ECF on the 24th day of February, 2017.

                                            */s/ Joseph P. Rovira*
                                            Joseph P. Rovira

## Service List

Humble Surgical Hospital, LLC
5120 Woodway Drive , Ste 7012
Houston, TX 77056

Melissa Anne Haselden
Edward L. Rothberg
Hoover Slovacek LLP
Galleria II Tower
5051 Westheimer, Suite 1200
Houston, TX 77056

Jeffrey M. Anapolsky
1000 Louisiana St Ste. 6925
Houston, TX 77002

United States Trustee's Office
515 Rusk St, Suite 3516
Houston, TX 77002