IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| HUMBLE SURGICAL HOSPITAL, | § | CASE NO. 17-31078-H2-11 |
| LLC, et. al.,[1] | § | |
| | § | Joint Administration Pending |
| Debtors | § | |

NOTICE OF DESIGNATION AS COMPLEX
CHAPTER 11 BANKRUPTCY CASE

These bankruptcy cases were each filed on February 24, 2017.  The undersigned party in interest believes that these cases qualify as complex Chapter 11 cases because:

  X    The debtors have total debt of more than $10 million;

  X    There are more than 50 parties in interest in these cases;

  ___   Claims against the debtor are publicly traded;

  ___   Other: (Substantial explanation is required. Attach additional sheets if necessary.)

Dated:  February 23, 2017

                        Respectfully submitted,

                        HOOVER SLOVACEK LLP

                        By:    */s/ Edward L. Rothberg*
                            EDWARD L. ROTHBERG
                            State Bar No. 17313990
                            5051 Westheimer, Suite 1200
                            Houston, Texas 77056
                            Telephone: 713.977.8686
                            Facsimile:  713.977.5395
                            rothberg@hooverslovacek.com
                        PROPOSED ATTORNEYS FOR DEBTORS and
                        DEBTORS IN POSSESSION

---

[1] The Debtors in these cases, along with the last four digits of their respective taxpayer ID numbers, are Humble Surgical Hospital, LLC (4960), Case No. 17-31078-H2-11; Humble Surgical Holdings, LLC (9350), Case No. 17-31079 -H2-11; K&S Consulting, ASC LP (5512), Case No. 17-31080-H2 -11; and K&S Consulting Management, LLC (5422), Case No. 17-31081-H2-11.

**OF COUNSEL:**
Hoover Slovacek LLP
MELISSA A. HASELDEN
State Bar No. 00794778
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: 713.977.8686
Facsimile:  713.977.5395
haselden@hooverslovacek.com