| Debtor name | Humble Surgical Hospital, LLC |
|---|---|
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known): | 17-31078-H2-11 |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ABM JANITORIAL SERVICES P.O. BOX 951864 DALLAS, TX 75395-1864 | ROBERT T. WITHERS ROBERT.WITHERS @ABM.COM | | | | | $150,423.36 |
| ACCLARENT 16888 COLLECTION CENTER DRIVE CHICAGO, IL 60693-0168 | T: 888-633-5516 F: 866-300-8626 SSTACER@ITS.JNJ .COM | | | | | $55,460.00 |
| ADVANCED MEDICAL RESOURCES 2150 TOWN SQUARE PLACE, STE 290 SUGARLAND, TX 77479-1643 | | | | | | $29,685.80 |
| AETNA LIFE INSURANCE COMPANY C/O JOHN B. SHELY ANDREWS KURTH LLP 600 TRAVIS, SUITE 4200 HOUSTON, TX 77002 | | Judgment | | $51,350,447.22 | | |
| ALCON LABORATORIES, INC. PO BOX 677775 DALLAS, TX 75267-7775 | MIZRAIM PENA, JR. F: 817-317-8578 MIZHRAIM.PENA_J R@NOVARTIS.CO M | | | | | $42,268.05 |

{851286-00001 KJM 2/26/2017 01123247.RTF 1 }
Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims
Official form 204
page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor **Humble Surgical Hospital, LLC**
Name

Case number *(if known)* **17-31078-H2-11**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ARCHITECH DESIGN & DEVELOPMENT 10550 RICHMOND AVE, SUITE 100 HOUSTON, TX 77042** | | | | | | $35,784.80 |
| **ATHAS HEALTH, LLC 10740 N CENTRAL EXPRESSWAY, SUITE 275 DALLAS, TX 75231** | | | | | | $24,638.97 |
| **BACKBONE SPINE DEVICES, LLC 4582 KINGWOOD DR. SUITE 187 KINGWOOD, TX 77345-2639** | DEBBIEBARGAS19 63@GMAIL.COM | | | | | $80,897.01 |
| **BIOVENTUS LLC 1900 CHARLES BRYAN ROAD, SUITE 275 CORDOVA, TN 38016** | JENNIFER KELLY JENNIFER.KELLY@ BIOVENTUSGLOBA L.COM | | | | | $31,010.00 |
| **BOSTON SCIENTIFIC CORPORATION PO BOX 951653 DALLAS, TX 75395-1653** | T: 888-272-9442 | | | | | $45,031.60 |
| **CENTINEL SPINE P O BOX 31246 TAMPA, FL 33631-3246** | T: 484-877-8811 F: 800-493-0966 | | | | | $26,563.75 |
| **CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY ATTN: ACCOUNTS RECEIVABLE 1200 SMITH SREET, SUITE 1400 HOUSTON, TX 77002-4310** | | | | | | $45,993.15 |
| **DR. SHAKEEL UDDIN 416 TEALMEADOW HOUSTON, TX 77024** | T: 281-358-1950 | | | | | $151,600.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | Humble Surgical Hospital, LLC | | Case number (if known) | 17-31078-H2-11 |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| EXECUTIVE SECURITY SYSTEMS P.O. BOX 850356 RICHARDSON, TX 75085-0356 | T: 972-480-0101 F: 866-577-3039 SCOLEMAN@GUARDTEXAS.COM | | | | | $114,320.67 |
| G&E HC REIT II SURGICAL HOSPITAL OF HUMBLE, LLC 62112 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693-0621 | T: 602-952-3800 | | | $4,784,342.96 | $0.00 | $4,784,342.96 |
| GLASIR MEDICAL PO BOX 34891 SAN ANTONIO, TX 78265 | ORDERS@GLASIRMED.COM | | | | | $36,624.80 |
| GLOBUS MEDICAL, INC. P.O. BOX 203329 DALLAS, TX 75320-3329 | T: 610-930-1800 F: 610-930-1803 MCHRISTIAN@GLOBUSMEDICAL.COM | | | | | $104,736.10 |
| INTEGRATED MEDICAL SYSTEMS P O BOX 2725 COLUMBUS, GA 31902-2725 | F: 205.449.8826 | | | | | $22,763.91 |
| INTERCEDE HEALTH-INPATIENT MEDICAL SERVICES, P.A. PO BOX 670585 DALLAS, TX 75267-0585 | | | | | | $78,920.00 |
| J & J HEALTH CARE SYSTEMS, INC. 5972 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | T: 732-562-8165 F: 732-562-3195 CUSTCREDMGMT@HCSUS.JNJ.COM | | | | | $30,951.71 |
| JEFFREY STERLING 10356 ALEDO ROAD FORT WORTH, TX 76126 | F: 866-827-4104 STERLINGSHCI@MSN.COM | | | | | $645,497.94 |
| L2 SURGICAL, LLC 5710 LBJ FREEWAY, SUITE 300 DALLAS, TX 75240 | 972-331-5291 ACCOUNTING@TOTALSURGICAL.COM | | | | | $25,313.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **Humble Surgical Hospital, LLC**
     Name

Case number *(if known)*  **17-31078-H2-11**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| LONE STAR EXTREMITIES, LLC 14602 WHISTLING OAKS DRIVE MONTGOMERY, TX 77356 | T: 713.609.9673 LONESTAREXTREMITIES@HOTMAIL.COM | | | | | $90,105.00 |
| MEDIWARE INFORMATION SYSTEMS PO BOX 204176 DALLAS, TX 75320-4176 | T: 713-979-4364 TERRI.HALLER@MEDIWARE.COM | | | | | $33,390.51 |
| MEDLINE INDUSTRIES, INC. DEPT 1080 P O BOX 121080 DALLAS, TX 75312-1080 | T: 913-307-1000 F: 800-351-1512 MPOWERS@MEDLINE.COM | | | | | $29,651.52 |
| M.I.R. ENTERPRISES 13923 SCHMIDT CYPRESS, TX 77429 | | | | | | $65,828.96 |
| NUCLEAR IMAGING SERVICES, LLC 10010 FAIRBANKS N. HOUSTON RD. HOUSTON, TX 77064 | F: 832-201-7258 BILLING@NIS-MIT.COM | | | | | $55,100.00 |
| NUTECH MEDICAL PO BOX 36639 BIRMINGHAM, AL 35236 | T: 800-824-9194 | | | | | $67,545.00 |
| OLYMPUS AMERICA INC. (MEDICAL) DEPT 0600 P.O. BOX 120600 DALLAS, TX 75312-0600 | T: 484-896-3416 F: 484-896-7932 JASON.FYE@OLYMPUS.COM | | | | | $60,483.68 |
| PIERCE & O'NEILL, LLP 4203 MONTROSE BOULEVARD HOUSTON, TX 77006 | F: 713-634-3639 SSCHREIBER@PIERCEONEILL.COM | | | | | $300,032.40 |
| PRECISE PATHOLOGY ASSOCIATES, PLLC P.O. BOX 133102 SPRING, TX 77393 | | | | | | $148,725.60 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor **Humble Surgical Hospital, LLC**

Name

Case number *(if known)* **17-31078-H2-11**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SMITH & NEPHEW ENDOSCOPY P O BOX 60333 CHARLOTTE, NC 28260-0333 | T: 978-749-1000 JHUMUR.CHAKRA BORTY@SMITH-NE PHEW.COM | | | | | $25,532.58 |
| ST. JUDE MEDICAL S.C. 22400 NETWORK PLACE CHICAGO, IL 60673-1224 | T: 800-435-4242 | | | | | $154,860.96 |
| STRASBURGER & PRICE LLP 2301 BROADWAY SAN ANTONIO, TX 78215-1157 | STUART MILLER T: 214-651-4300 STUART.MILLER@ STRASBURGER.C OM | | | | | $31,008.79 |
| STRYKER ENDOSCOPY c/o STRYKER SALES CORPORATION P O BOX 93276 CHICAGO, IL 60673 | | | | | | $27,340.22 |
| STRYKER SPINE 21912 NETWORK PLACE CHICAGO, IL 60673-1912 | F: 201-825-2692 | | | | | $83,642.39 |
| TRANSTATE EQUIPMENT COMPANY, INC. PO BOX 480005 CHARLOTTE, NC 28269 | | | | | | $66,000.00 |
| UNITED HEALTHGROUP RECOVERY SERVICES PO BOX 740804 ATLANTA, GA 30374-0804 | | | | | | $60,173.56 |
| US BIOLOGIX, LLC 7707 FANNIN STREET SUITE 207 HOUSTON, TX 77054 | F: 832-324-7800 | | | | | $49,600.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Humble Surgical Hospital, LLC**            Case number *(if known)*    **17-31078-H2-11**
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| X-SPINE 452 ALEXANDERSVILLE ROAD MIAMISBURG, OH 45342 | SCASTILLO@XTANTMEDICAL.COM | | | | | $69,851.25 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name   **Humble Surgical Hospital, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **17-31078-H2**

☐ Check if this is an amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 27, 2017**        X _(signature)_
                                            Signature of individual signing on behalf of debtor

                                            **Jeffrey M. Anapolsky**
                                            Printed name

                                            **Chief Restructuring Officer**
                                            Position or relationship to debtor

---

Official Form 202         **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy