UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HUMBLE SURGICAL HOSPITAL, LLC | § | Case No. 17-31078 (DRJ) |
| | § | |
| DEBTOR | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICE AND PLEADINGS**

The Comptroller of Public Accounts of the State of Texas ("Comptroller") and The Texas Workforce Commission ("TWC"), hereby give notice of their appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Courtney J. Hull
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P.O. Box 12548
Austin, Texas 78711-2548

The Comptroller and TWC respectfully request through their counsel that they be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Courtney J. Hull*
COURTNEY J. HULL
State Bar No. 24061297
Southern District of Texas Bar No. 2618688
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P. O. Box 12548
Austin, TX 78711-2548
Telephone:  (512) 475-4862
Facsimile:  (512) 936-1409
courtney.hull@oag.texas.gov

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS AND
TEXAS WORKFORCE COMMISSION

## CERTIFICATE OF SERVICE

I certify that on February 27, 2017, a true copy of the foregoing was served by the method and to the following parties as indicated:

By First Class Mail:

Humble Surgical Hospital, LLC
5120 Woodway Drive, Ste. 7012
Houston, TX 77056

By Electronic Means as listed on the Court's ECF Noticing System:

- Timothy Alvin Davidson     tdavidson@akllp.com
- Hector Duran     Hector.Duran.Jr@usdoj.gov
- Melissa Anne Haselden     Haselden@hooverslovacek.com, haseldenbankruptcy@gmail.com,bankruptcy1@hooverslovacek.com,phelan@hooverslovacek.com
- Edward L Rothberg     rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,ray@hooverslovacek.com;hsllpbankruptcy@gmail.com

2

- Joseph Peak Rovira    josephrovira@andrewskurth.com
- Owen Mark Sonik    osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com
- US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV

*/s/ Courtney J. HUll*
COURTNEY J. HULL