# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | **Chapter 11** |
| | § | |
| **HUMBLE SURGICAL HOSPITAL, LLC,** *et al.,*[1] | § | **CASE NO. 17-31078-H2-11** |
| | § | |
| | § | **(Joint Administration Pending)** |
| Debtors. | § | |

## NOTICE OF APPEARANCE UNDER
## FED. R. BANK. P. 9010(b), REQUEST FOR ALL COPIES
## PURSUANT TO FED. R. BANKR. P. 2002 AND REQUEST FOR
## ALL PLEADINGS PURSUANT TO FED. R. BANKR. P. 3017(a)

Abira Medical Laboratories, LLC d/b/a/ Genesis Diagnostics and Genesis-Humble Management Services, LLC ("Genesis Diagnostics") creditors and parties in interest in the above-captioned bankruptcy case, request that all notices given or required to be given and all papers served or required to be served by U. S. Mail **and** by email in the above-captioned case be given to and served upon:

> Joshua W. Wolfshohl
> Eric M. English
> Porter Hedges LLP
> 1000 Main Street, 36th Floor
> Houston, Texas 77002
> (713) 226-6000
> (713) 226-6248 (fax)
> jwolfshohl@porterhedges.com
> eenglish@porterhedges.com

This request encompasses all notices, copies and pleadings referred to in section 1109(b) of Title 11, United States Code or in Rules 2002, 3017 or 9007 of the Bankruptcy Rules of Procedure, including, without limitation, notices of any orders, motions, demands, complaints,

---

[1] The Debtors in these cases, along with the last four digits of their respective taxpayer ID numbers are Humble Surgical Hospital, LLC (4960), Case No. 17-31078-H2-11; Humble Surgical Holdings, LLC (9350), Case No. 17-31079-H2-11; K&S Consulting, ASC LP (5512), Case No. 17-31080-H2-11; and K&S Consulting Management, LLC (5422), Case No. 17-31081-H2-11.

petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect the above case.

This Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of rights of Genesis Diagnostics (i) to have final orders in noncore matters only after de novo review by a district judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any rights, claims, actions, setoffs, or recoupments to which Genesis Diagnostics are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted this 27th day of February 2017.

/s/ Eric M. English
Joshua W. Wolfshohl
State Bar No. 24038592
Eric M. English
State Bar No. 24062714
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas   77002-2764
Telephone:  (713) 226-6000
Facsimile:  (713) 226-6248

**ATTORNEYS FOR ABIRA MEDICAL LABORATORIES, LLC D/B/A/ GENESIS DIAGNOSTICS AND GENESIS-HUMBLE MANAGEMENT SERVICES, LLC**

2

## <u>CERTIFICATE OF SERVICE</u>

      This will certify that a true and correct copy of the foregoing document was served by electronic transmission to all registered ECF users appearing in the case on February 27, 2016.


                             /s/ Eric M. English
                             Eric M. English

6047566v1