

ENTERED
02/27/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **HUMBLE SURGICAL HOSPITAL,** | § | **CASE NO. 17-31078-H2-11** |
| **LLC, et. al.,[1]** | § | |
| | § | **Joint Administration Pending** |
| **Debtors** | § | |

## ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR JOINT ADMINISTRATION OF CASES
[Docket No. 2 ]

The Debtors' Emergency Motion for Joint Administration of Cases is granted. It is hereby ORDERED that:

1. The chapter 11 cases of *Humble Surgical Hospital, LLC* (Case No. 17-31078-H2 -11), *Humble Surgical Holdings, LLC* (Case No. 17-31079-H2 -11), *K&S Consulting, ASC LP* (Case No. 17-31080-H2-11), and *K&S Consulting Management, LLC* (Case No. 17-31081 H2-11), shall be jointly administered.

2. The caption of the cases is modified to reflect the joint administration as follows:
   IN THE UNITED STATES BANKRUPTCY COURT
   FOR THE SOUTHERN DISTRICT OF TEXAS
   HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **HUMBLE SURGICAL HOSPITAL,** | § | **CASE NO. 17-31078-H2-11** |
| **LLC, et. al.,[1]** | § | |
| | § | **Jointly Administered Under** |
| **Debtors.** | § | **Case No 17-31078-H2-11** |
| | § | **Judge David R. Jones** |

3. The Clerk of the Court is directed to enter a notation on the docket sheet of each of the Debtors' cases in substantially the following form to reflect joint administration of the cases:
   An order has been entered in this case directing the joint administration of *In re Humble Surgical Hospital, LLC* (Case No. 17-31078-H2 -11),

---

1 The Debtors in these cases, along with the last four digits of their respective taxpayer ID numbers, are Humble Surgical Hospital, LLC (4960), Case No. 17-31078-H2-11; Humble Surgical Holdings, LLC (9350), Case No. 17-31079 -H2-11; K&S Consulting, ASC LP (5512), Case No. 17-31080-H2 -11; and K&S Consulting Management, LLC (5422), Case No. 17-31081-H2-11.

*Humble Surgical Holdings, LLC* (Case No. 17-31079-H2-11), *K&S Consulting, ASC LP* (Case No. 17-31080-H2-11), and *K&S Consulting Management, LLC* (Case No. 17-31081 H2-11), in accord with Federal Rule of Bankruptcy Procedure 1015(b).  The docket in case number 17-31078 should be consulted for all matters affecting these cases.

4. One docket shall be maintained for the Debtors' cases under case number 17-31078.

5. All pleadings, orders and other papers filed shall be captioned with the style reflected above, and shall reflect that the cases are jointly administered under case number 17-31078.

6. The U.S. Trustee is authorized to conduct joint meetings, including 341 meetings, with the Debtors.

7. Each Debtor shall file separate schedules and statements of financial affairs.

8. Proofs of claims filed by a creditor of any Debtor shall reflect the style and case number of the Debtor to which the claim relates.

9. The Clerk of the Court shall maintain separate claim registers for each Debtor.

10. Each Debtor will file separate monthly operating reports.

**Signed:  February 27, 2017.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**