**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION**

| | |
|---|---|
| IN RE: § | Case No. 17-31078 |
| § | |
| **Humble Surgical Hospital, LLC,** § | |
|    Debtor. § | Chapter 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that the undersigned represent Cong Thu Nguyen, MD, and hereby enter an appearance pursuant to Section 1109(b) of the United States Bankruptcy Code and Bankruptcy Rule 9010(b), and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), and (f) and 3017(a). All such notices should be addressed to the following person:

>Noah E. W. Meek
>**CARDWELL & CHANG, PLLC**
>511 Lovett Blvd.
>Houston, Texas 77006
>Telephone:   (713) 222-6025
>Facsimile:     (713) 222-0938
>meek@cardwellchang.com

Please take further notice that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced case and the proceedings.

Dated: February 27, 2017

Respectfully submitted,

CARDWELL & CHANG, P.L.L.C.

By: /s/ Noah Meek
    Noah E. W. Meek – *attorney-in-charge*
    S.B. No. 24084554
    E-mail: meek@cardwellchang.com
    Suzan K. Cardwell
    S.B. No. 03791300
    E-mail: cardwell@cardwellchang.com
    511 Lovett Blvd.
    Houston, Texas  77006
    (713)  222-6025  (Telephone)
    (713)  222-0938  (Telecopier)

**ATTORNEYS FOR CONG THU NGUYEN, MD**

## CERTIFICATE OF SERVICE

     The undersigned counsel certifies that a true and correct copy of the foregoing Notice of Appearance has been served on all parties of record in accordance with the Federal Rules of Civil Procedure on the 27th day of February, 2017.

/s/ Noah Meek
Noah Meek