

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/28/2017

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| HUMBLE SURGICAL HOSPITAL, LLC, et. al.,[1] | § § | CASE NO. 17-31078-H2-11 |
| | § | Joint Administration Pending |
| Debtors | § | |

**ORDER GRANTING DEBTORS' EMERGENCY MOTION TO EXTEND THE DEADLINE TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**
[RELATED TO DOC. # 4 ]

Humble Surgical Hospital, LLC ("HSH"), Humble Surgical Holdings, LLC ("Holdings"), K&S Consulting, ASC LP ("K&S ASC"), and K&S Consulting Management, LLC ("K&S Management") (collectively the "Debtors"), debtors and debtors in possession, filed their Emergency Motion to Extend the Deadline to File Schedules and Statements of Financial Affairs (the "Motion"). The Court finds that cause exists to GRANT the relief requested in the Motion. It is, therefore

ORDERED that the deadline for Debtors to file their respective schedules and statements of financial affairs is extended through  April 10 , 2017.

Signed: February 27, 2017.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of their respective taxpayer ID numbers, are Humble Surgical Hospital, LLC (4960), Case No. 17-31078-H2-11; Humble Surgical Holdings, LLC (9350), Case No. 17-31079 -H2-11; K&S Consulting, ASC LP (5512), Case No. 17-31080-H2 -11; and K&S Consulting Management, LLC (5422), Case No. 17-31081-H2-11.

{851286-00110 MMH 2/19/2017 01121467.DOCX 1 }