IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 17-31078 |
| | § | |
| **HUMBLE SURGICAL HOSPITAL** | § | Chapter 11 |
| **LLC, ET AL.,**[1] | § | |
| | § | |
| | § | |
| **Debtor.** | § | |

## NOTICE OF ENFORCEMENT ACTION

Please take notice that, on February 28, 2017, Aetna Life Insurance Company ("Aetna") served writs of garnishment issued by the District Court in Civil Action No. 12-1206, *Aetna Life Insurance Co. v. Humble Surgical Hospital*, on the below listed garnishees each of which possess property owned by the Debtor Humble Surgical Hospital LLC ("Humble"):

1. Allegiance Bancshares
2. BBVA Compass Bank
3. Health Care Services Corp.
4. United Healthcare of Texas, Inc.
5. United Healthcare Services, Imc.
6. United Healthcare Inc., SPECTERA, Inc.
7. United Healthcare LLC, United Healthcare Specialty Benefits LLC

Please take further notice that on March 1, 2017, copies of the following documents were served on Humble: (a) Aetna's application for writs of garnishment and supporting affidavit; (b) writs of garnishment; (c) orders authorizing writs of garnishment; and (d) statutory notice of garnishments.

_____

[1] The Debtors in these cases, along with the last four digits of their respective taxpayer ID numbers, are Humble Surgical Hospital, LLC (4960), Case No. 17-31078-H2-11; Humble Surgical Holdings, LLC (9350), Case No. 17-31079-H2-11; K&S Consulting ASC LP (5512), Case No. 17-31080-H2-11; and K&S Consulting Management, LLC (5422), Case No. 17-31081-H2-11.

Respectfully submitted this 1st day of March, 2017.

        **ANDREWS KURTH KENYON LLP**

        By:/s/ *Timothy A. Davidson II*
            **Timothy A. ("Tad") Davidson II**
            Texas State Bar No. 24012503
            **John B. Shely**
            Texas State Bar No. 18215300
            **Joseph P. Rovira**
            Texas State Bar No. 24066008
            **Brian C. Pidcock**
            Texas State Bar No. 24074895
            600 Travis, Suite 4200
            Houston, Texas 77002
            (713) 220-4200 – Telephone
            (713) 220-4285 – Telecopy

        **ATTORNEYS FOR AETNA LIFE INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and correct copy of the foregoing document was served on the parties listed on the attached Service List via first class U.S. Mail and the Court's ECF system on those parties set up for ECF on the 1st day of March, 2017.

                                          */s/ Joseph P. Rovira*
                                          Joseph P. Rovira