

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

ENTERED
03/01/2017

In re: §
§    Bankruptcy 17-31078
Humble Surgical Hospital, LLC, §
§
Debtor. §

## Order Setting Hearing

A hearing will be held before Judge Lynn N. Hughes on

March 1, 2017,
at 5:00 p.m.
Courtroom 11-C, Eleventh Floor
United States Court House
515 Rusk Avenue
Houston, Texas 77002.

Signed on March 1, 2017, at Houston, Texas.

Lynn N. Hughes  USDJ
United States District Judge