**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

CASE NAME: Humble Surgical Hospital, et al.  PETITION DATE: February 24, 2017
CASE NUMBER: 17-31078-H2-11

## MONTHLY OPERATING REPORT SUMMARY FOR MARCH 2017 [1]

| Debtor | Humble Surgical Hospital, LLC | Humble Surgical Holdings, LLC | K&S Consulting ASC, LP | K&S Consulting Management, LLC |
|---|---|---|---|---|
| REVENUES (MOR-6) | 467,773.77 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -1,528,793.55 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -1,528,793.55 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 21,167.08 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 1,514,541.60 | 0.00 | 0.00 | 0.00 |

**REQUIRED INSURANCE MAINTAINED**
**AS OF SIGNATURE DATE**

CIRCLE ONE
- Are all accounts receivable being collected within terms? Yes **(No)**
- Are all post-petition liabilities, including taxes, being paid within terms? **(Yes)** No
- Have any pre-petition liabilities been paid? **(Yes)** No

EXP. DATE

| | | |
|---|---|---|
| DIRECTOR AND OFFICER LIABILITY | YES (X) NO ( ) | 12/20/2017 |
| EMPLOYMENT PRACTICE LIABILITY | YES (X) NO ( ) | 12/20/2017 |
| PROFESSIONAL LIABILITY | YES (X) NO ( ) | 8/18/2017 |
| GENERAL LIABILITY | YES (X) NO ( ) | 8/18/2017 |
| CONTRACTUAL AND EMPLOYERS LIABILITY | YES (X) NO ( ) | 8/17/2017 |
| PROPERTY | YES (X) NO ( ) | 8/18/2017 |
| ADDITIONAL PROPERTY | YES (X) NO ( ) | 8/18/2017 |

If so, describe: Items included in Interim Cash Collateral Order were paid.
- Are all funds received being deposited into DIP bank accounts? **(Yes)** No
- Were any assets disposed of outside the normal course of business? Yes **(No)**
  If so, describe
- Are all U.S. Trustee Quarterly Fee Payments current? **(Yes)** No
- What is the status of your Plan of Reorganization? N/A

ATTORNEY NAME: John Sparacino
FIRM NAME: Vorys, Sater, Seymour and Pease, LLP
ADDRESS: 700 Louisiana Street, Suite 4100
CITY, STATE, ZIP: Houston, TX 77002

TELEPHONE/FAX: (713) 588-7038

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR) consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X  /s/ Robert E. Ogle          TITLE: Chapter 11 Trustee
           (ORIGINAL SIGNATURE)

Robert E. Ogle                          April 20, 2017
(PRINT NAME OF SIGNATORY)               DATE

*General Note: This document has been filed by Robert E. Ogle, the Chapter 11 Trustee (the "Trustee"). The Trustee's signature on this document should, in no way, be considered a testament to the truth or validity of the information contained herein. The Trustee has created this document solely based on the information available to him in his capacity as the Trustee of Humble Surgical Hospital, LLC et al. The Trustee has taken great care to verify the information to the extent feasible, however, the Trustee could not, and cannot verify all information contained herein. Creditors and parties in interest are cautioned to NOT RELY on the information contained in these documents.

Notes:
[1] All Debtors filed at beginning of day February 24, 2017. This period includes February 24, 2017- March 31, 2017.

MOR-1

CASE NAME: Humble Surgical Hospital, et al.
CASE NUMBER: 17-31078-H2-11

## COMPARATIVE BALANCE SHEETS

| ASSETS | Humble Surgical Hospital, LLC As of 3/31/2017 | Humble Surgical Holdings, LLC As of 3/31/2017 | K&S Consulting ASC, LP As of 3/31/2017 | K&S Consulting Management, LLC As of 3/31/2017 |
|---|---|---|---|---|
| CURRENT ASSETS | | | | |
| Cash | $3,025,102.67 | $0.00 | $0.00 | $0.00 |
| Accounts Receivable, Net [1] | 12,229,609.73 | 0.00 | 0.00 | 0.00 |
| Inventory: Lower of Cost or Market [2] | 123,249.79 | 0.00 | 0.00 | 0.00 |
| Prepaid Expenses [3] | 664,284.29 | 0.00 | 0.00 | 0.00 |
| Investments | 0.00 | 0.00 | 0.00 | 0.00 |
| Other: Note Receivable-Dr. Sofola | 200,000.00 | 0.00 | 0.00 | 0.00 |
| TOTAL CURRENT ASSETS | 16,242,246.48 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 9,582,421.79 | 0.00 | 0.00 | 0.00 |
| Less Accumulated Depreciation [4] | 7,251,759.97 | 0.00 | 0.00 | 0.00 |
| NET BOOK VALUE OF PP & E | 2,330,661.82 | 0.00 | 0.00 | 0.00 |
| OTHER ASSETS | | | | |
| 1 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL ASSETS | $18,572,908.30 | $0.00 | $0.00 | $0.00 |

Notes:

[1] - This calculation represents Net Patient Service Revenue ("NPSR") Accounts Receivable ("A/R"). Instead of using Gross Patient Service Revenue A/R (gross unpaid charges), it is more accurate to use an estimate of uncollected expected revenue. In order to calculate this, the general methodology was to apply total known collections to total expected collections. For the two biggest payors (United Healthcare and BCBS), we calculated the average reimbursement percentage per lab over a set timeframe. We then applied that percentage, for each lab, to total its respective gross charges between October 1, 2016 and January 31, 2017. We therefore derived total expected NPSR for each of the labs for that period. We then added an estimate for total lab charges through March 31, 2017, based on an approximation of lab reimbursement from queries performed on Omnia's billing software, AdvantX. Against that, we deducted total payments received for all lab work. The amount remaining was uncollected NPSR A/R.

[2] - Inventory was valued as of 12/31/2016 as shown in Schedule A/B. Current Amount not known at this time.

[3] - Deposits and Prepayments were valued as of 12/31/2016 as shown in Schedule A/B. Current Amount not known at this time.

[4] - In a schedule provided by Omnia, Accumulated Depreciation was calculated in monthly amounts through December 31, 2016. The depreciation through March 31, 2017 has been calculated by the Claro Group.

**MOR-2**

CASE NAME: Humble Surgical Hospital, et al.
CASE NUMBER: 17-31078-H2-11

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | Humble Surgical Hospital, LLC As of 3/31/2017 | Humble Surgical Holdings, LLC As of 3/31/2017 | K&S Consulting ASC, LP As of 3/31/2017 | K&S Consulting Management, LLC As of 3/31/2017 |
|---|---|---|---|---|
| **LIABILITIES** | | | | |
| POST-PETITION LIABILITIES(MOR-4) | $410,832.05 | $0.00 | $0.00 | $0.00 |
| PRE-PETITION LIABILITIES | | | | |
| Notes Payable - Secured | 4,196,632.45 | 0.00 | 0.00 | 0.00 |
| Priority Debt | 44,593.09 | 0.00 | 0.00 | 0.00 |
| Federal Income Tax [1] | 161,822.00 | 0.00 | 0.00 | 0.00 |
| FICA/Withholding [2] | 1,457,588.00 | 0.00 | 0.00 | 0.00 |
| Unsecured Debt | 62,071,750.27 | 4,081,305.84 | 4,445,577.32 | 4,270,577.32 |
| Other | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL PRE-PETITION LIABILITIES | 67,932,385.81 | 4,081,305.84 | 4,445,577.32 | 4,270,577.32 |
| **TOTAL LIABILITIES** | 68,343,217.86 | 4,081,305.84 | 4,445,577.32 | 4,270,577.32 |
| **OWNER'S EQUITY (DEFICIT)** | | | | |
| PREFERRED STOCK | 0.00 | 0.00 | 0.00 | 0.00 |
| COMMON STOCK | 0.00 | 0.00 | 0.00 | 0.00 |
| ADDITIONAL PAID-IN CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| MARKET VALUE ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| RETAINED EARNINGS: Filing Date | 0.00 | 0.00 | 0.00 | 0.00 |
| RETAINED EARNINGS: Post Filing Date | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL OWNER'S EQUITY (NET WORTH) | -49,770,309.56 | -4,081,305.84 | -4,445,577.32 | -4,270,577.32 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $18,572,908.30 | $0.00 | $0.00 | $0.00 |

**MOR-3**  *Revised 07/01/98*

Notes:
[1] - Federal Income Tax per Accrued Expenses - Taxes from Pro Forma Balance Sheet 2/23/2017.
[2] - FICA/Withholdings per Payroll Accrued Employee Tax from Pro Forma Balance Sheet 2/23/2017.

CASE NAME: Humble Surgical Hospital, et al.
CASE NUMBER: 17-31078-H2-11

## SCHEDULE OF POST-PETITION LIABILITIES

|  | Humble Surgical Hospital, LLC 2/24/17- 3/31/2017 | Humble Surgical Holdings, LLC 2/24/17- 3/31/2017 | K&S Consulting ASC, LP 2/24/17- 3/31/2017 | K&S Consulting Management, LLC 2/24/17- 3/31/2017 |
|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | $0.00 | $0.00 | $0.00 | $0.00 |
| TAX PAYABLE | | | | |
| Federal Payroll Taxes | 0.00 | 0.00 | 0.00 | 0.00 |
| State Payroll Taxes | 0.00 | 0.00 | 0.00 | 0.00 |
| Employment Taxes | 39,933.49 | 0.00 | 0.00 | 0.00 |
| Federal Unemployment | 42.99 | 0.00 | 0.00 | 0.00 |
| Texas Unemployment | 157.18 | 0.00 | 0.00 | 0.00 |
| Ad Valorem Taxes | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Taxes | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL TAXES PAYABLE | 40,133.66 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | 0.00 | 0.00 | 0.00 | 0.00 |
| ACCRUED INTEREST PAYABLE | 18,879.84 | 0.00 | 0.00 | 0.00 |
| ACCRUED PROFESSIONAL FEES [1] | 351,818.55 | 0.00 | 0.00 | 0.00 |
| OTHER ACCRUED LIABILITIES | | | | |
| 1. | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $410,832.05 | $0.00 | $0.00 | $0.00 |

**MOR-4**  Revised 07/01/98

Notes:
[1] Professional Fees include Vorys ($162K), The Claro Group ($181K), and Patient Care Ombusdman ($9K).

**CASE NAME:** Humble Surgical Hospital, et al.
**CASE NUMBER:** 17-31078-H2-11

### Humble Surgical Hospital, LLC
### March 2017 [1]
### AGING OF POST-PETITION LIABILITIES

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | PAYROLL TAXES & UNEMPLOYMENT | STATE TAXES | AD VALOREM TAXES | PROFESSIONAL FEES [2] |
|---|---|---|---|---|---|---|---|
| 0-30 | $391,952.21 | $0.00 | $0.00 | $40,133.66 | $0.00 | $0.00 | $351,818.55 |
| 31-60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61-90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 91+ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 391,952.21 | 0.00 | 0.00 | 40,133.66 | 0.00 | 0.00 | 351,818.55 |

### Humble Surgical Holdings, LLC
### March 2017 [1]
### AGING OF POST-PETITION LIABILITIES

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | PAYROLL TAXES & UNEMPLOYMENT | STATE TAXES | AD VALOREM TAXES | PROFESSIONAL FEES |
|---|---|---|---|---|---|---|---|
| 0-30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31-60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61-90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 91+ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### K & S Consulting ASC, LP
### March 2017 [1]
### AGING OF POST-PETITION LIABILITIES

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | PAYROLL TAXES & UNEMPLOYMENT | STATE TAXES | AD VALOREM TAXES | PROFESSIONAL FEES |
|---|---|---|---|---|---|---|---|
| 0-30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31-60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61-90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 91+ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### K & S Consulting Management, LLC
### March 2017 [1]
### AGING OF POST-PETITION LIABILITIES

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | PAYROLL TAXES & UNEMPLOYMENT | STATE TAXES | AD VALOREM TAXES | PROFESSIONAL FEES |
|---|---|---|---|---|---|---|---|
| 0-30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31-60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61-90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 91+ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### AGING OF ACCOUNTS RECEIVABLE

| | Humble Surgical Hospital, LLC 3/31/2017 [1] | Humble Surgical Holdings, LLC 3/31/2017 [1] | K&S Consulting ASC, LP 3/31/2017 [1] | K&S Consulting Management, LLC 3/31/2017 [1] |
|---|---|---|---|---|
| 0-30 DAYS | $0.00 | $0.00 | $0.00 | $0.00 |
| 31-60 DAYS | 0.00 | 0.00 | 0.00 | 0.00 |
| 61-90 DAYS | 0.00 | 0.00 | 0.00 | 0.00 |
| 91+ DAYS | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 |

**MOR-5**  *Revised 07/01/98*

Notes:
[1] All Debtors filed at beginning of day February 24, 2017. This period includes February 24, 2017- March 31, 2017.
[2] Professional Fees include Vorys ($162K), The Claro Group ($181K), and Patient Care Ombusdman (9K).

CASE NAME: Humble Surgical Hospital, et al.
CASE NUMBER: 17-31078-H2-11

## STATEMENT OF INCOME (LOSS)

|  | Humble Surgical Hospital, LLC 2/24/17- 3/31/2017 | Humble Surgical Holdings, LLC 2/24/17- 3/31/2017 | K&S Consulting ASC, LP 2/24/17- 3/31/2017 | K&S Consulting Management, LLC 2/24/17- 3/31/2017 | FILING TO DATE |
|---|---|---|---|---|---|
| REVENUES (MOR-1) [1] | $467,773.77 | $0.00 | $0.00 | $0.00 | $467,773.77 |
| TOTAL COST OF REVENUES | $1,421,809.61 | $0.00 | $0.00 | $0.00 | $1,421,809.61 |
| GROSS PROFIT | ($954,035.84) | $0.00 | $0.00 | $0.00 | ($954,035.84) |
| OPERATING EXPENSES: | | | | | |
| Selling & Marketing | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| General & Administrative | $48,370.60 | $0.00 | $0.00 | $0.00 | $48,370.60 |
| Insiders Compensation | $21,167.08 | $0.00 | $0.00 | $0.00 | $21,167.08 |
| Professional Fees [2] | $351,818.55 | $0.00 | $0.00 | $0.00 | $351,818.55 |
| Levies and Garnishments Not Returned [3] | $53,996.51 | $0.00 | $0.00 | $0.00 | $53,996.51 |
| TOTAL OPERATING EXPENSES | $475,352.74 | $0.00 | $0.00 | $0.00 | $475,352.74 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | ($1,429,388.58) | $0.00 | $0.00 | $0.00 | ($1,429,388.58) |
| INTEREST EXPENSE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEPRECIATION | $99,404.97 | $0.00 | $0.00 | $0.00 | $99,404.97 |
| OTHER (INCOME) EXPENSE* | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| OTHER ITEMS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | $99,404.97 | $0.00 | $0.00 | $0.00 | $99,404.97 |
| NET INCOME BEFORE TAXES | ($1,528,793.55) | $0.00 | $0.00 | $0.00 | ($1,528,793.55) |
| FEDERAL INCOME TAXES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| NET INCOME (LOSS) (MOR-1) | ($1,528,793.55) | $0.00 | $0.00 | $0.00 | ($1,528,793.55) |

**MOR-6**  *Revised 07/01/98*

Notes:
[1] Based on the AdvantX database, billings during this period were $1,762,873. Historical laboratory volume percentages were then applied to determine the approximate charges per provider. Finally, average reimbursement rates per lab were applied to the approximate charges by lab. This resulted in an approximate net patient service revenue (NPSR) of $375,844. This was added to the deposits and credit cards credits of $91,930.
[2] Professional Fees include Vorys ($162K), The Claro Group ($181K), and Patient Care Ombudsman (9K).
[3] On March 2, 2017, $378,996.51 was drafted from all Compass Accounts. On March 10, 2017, $325,000.00 was disbursed into Frost Account. This represents the difference.

CASE NAME: Humble Surgical Hospital, et al.
CASE NUMBER: 17-31078-H2-11

**CASH RECEIPTS AND DISBURSEMENTS**

| | Humble Surgical Hospital, LLC 2/24/17- 3/31/2017 | Humble Surgical Holdings, LLC 2/24/17- 3/31/2017 | K&S Consulting ASC, LP 2/24/17- 3/31/2017 | K&S Consulting Management, LLC 2/24/17- 3/31/2017 | FILING TO DATE |
|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $334,032.10 | $0.00 | $0.00 | $0.00 | $334,032.10 |
| RECEIPTS: | | | | | |
| 2. CASH SALES [1] | $91,929.77 | $0.00 | $0.00 | $0.00 | 91,929.77 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE [1] | $4,113,682.40 | 0.00 | 0.00 | 0.00 | 4,113,682.40 |
| 4. LOANS & ADVANCES (attach list) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. SALE OF ASSETS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. OTHER (attach list) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL RECEIPTS** | $4,205,612.17 | $0.00 | $0.00 | $0.00 | 4,205,612.17 |
| DISBURSEMENTS: | | | | | |
| 7. Omnia Healthcare | $21,167.08 | $0.00 | $0.00 | $0.00 | 21,167.08 |
| 8. Net Payroll | 296,118.21 | 0.00 | 0.00 | 0.00 | 296,118.21 |
| 9. Payroll Taxes and Withholdings | 77,180.62 | 0.00 | 0.00 | 0.00 | 77,180.62 |
| 10. Employee Benefits | 51,793.19 | 0.00 | 0.00 | 0.00 | 51,793.19 |
| 11. Pre-Petition Uncleared Net Payroll | 10,397.81 | 0.00 | 0.00 | 0.00 | 10,397.81 |
| 12. Pre-Petition Gross Accrued Wages | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13. Pre-Petition Gross Accrued PTO | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. Pre-Petition United Healthcare Insurance | 28,946.61 | 0.00 | 0.00 | 0.00 | 28,946.61 |
| 15. Other Labor Costs | 139.05 | 0.00 | 0.00 | 0.00 | 139.05 |
| 16. Rent | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17. ER Physicians | 80,640.00 | 0.00 | 0.00 | 0.00 | 80,640.00 |
| 18. Management Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. Med./ Pharma Supplies, Standby Blood | 40,356.84 | 0.00 | 0.00 | 0.00 | 40,356.84 |
| 20. Outside Services | 21,847.48 | 0.00 | 0.00 | 0.00 | 21,847.48 |
| 21. Equipment Lease | 248,187.80 | 0.00 | 0.00 | 0.00 | 248,187.80 |
| 22. Utility | 6,932.11 | 0.00 | 0.00 | 0.00 | 6,932.11 |
| 23. Payroll Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 .Repairs and Maintenance | 1,575.53 | 0.00 | 0.00 | 0.00 | 1,575.53 |
| 25.Wage Garnishments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26. Miscellaneous | 994.05 | 0.00 | 0.00 | 0.00 | 994.05 |
| 27. Office Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28. Insurance | 38,866.91 | 0.00 | 0.00 | 0.00 | 38,866.91 |
| 29. Vehicle Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30. Credentialing | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 31. Payments to Labs [2] | 535,399.80 | 0.00 | 0.00 | 0.00 | 535,399.80 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | $1,460,545.09 | $0.00 | $0.00 | $0.00 | $1,460,545.09 |
| 32. Professional Fess | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 33. U.S. Trustee Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 34. Garnishments/Levies Not Returned [3] | 53,996.51 | 0.00 | 0.00 | 0.00 | 53,996.51 |
| 35. Patient Care Ombusdman | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS | $1,514,541.60 | $0.00 | $0.00 | $0.00 | 1,514,541.60 |
| 35. NET CASH FLOW | 2,691,070.57 | 0.00 | 0.00 | 0.00 | 2,691,070.57 |
| 36. CASH - END OF MONTH (MOR-2) | $3,025,102.67 | $0.00 | $0.00 | $0.00 | $3,025,102.67 |

MOR-7   *Revised 07/01/98*

Notes:
[1] All deposits, credits from bank cards, etc. have been considered cash sales, while all payments from insurance companies are considered collections of accounts receivable.
[2] Wilmington Trust is an escrow account to divide lab payments. Recipients of Payments to Lab include Genesis, Greater Houston Lab, Humble Classic Care HOPD, Pacific Genomics, and River Oaks.
[3] On March 2, 2017, $378,996.51 was drafted from all Compass Accounts. On March 10, 2017, $325,000.00 was disbursed into Frost Account. This represents the difference.

**CASE NAME:** Humble Surgical Hospital, et al.
**CASE NUMBER:** 17-31078-H2-11

NOTE: THERE ARE 8 BANK ACCOUNTS ASSOCIATED WITH HUMBLE SURGICAL HOSPITAL, LLC AND NONE FOR OTHER ENTITIES.

## CASH ACCOUNT RECONCILIATION
### March 2017 [1]

| Debtor | Humble Surgical Hospital, LLC | Humble Surgical Hospital, LLC | Humble Surgical Hospital, LLC | Humble Surgical Hospital, LLC |
|---|---|---|---|---|
| BANK NAME | Allegiance Bank | BBVA Compass | BBVA Compass | BBVA Compass |
| ACCOUNT NUMBER | 1002942521 | 6735905749 | 6735212441 | 6740829872 |
| ACCOUNT TYPE | *Checking* | *Checking* | *Checking* | *Checking* |
| BANK BALANCE | 2,763,837.99 | 4,294.35 | 25,332.53 | 1,646.89 |
| DEPOSITS IN TRANSIT | 0.00 | 0.00 | 0.00 | 0.00 |
| OUTSTANDING CHECKS | 0.00 | 0.00 | 0.00 | (41,448.83) |
| ADJUSTED BANK BALANCE | 2,763,837.99 | 4,294.35 | 25,332.53 | (39,801.94) |
| BEGINNING CASH - PER BOOKS [1] | 14,849.60 | 0.00 | 2,450.11 | 151,374.89 |
| RECEIPTS | 4,129,361.68 | 8,193.09 | 25,332.53 | 7,832.98 |
| TRANSFERS BETWEEN ACCOUNTS | (1,379,586.10) | 0.00 | (1,316.42) | 249,954.14 |
| (WITHDRAWAL) OR INDIVIDUAL CONTRIBUTION BY DEBTOR   MFR-2 | 0.00 | 0.00 | 0.00 | 0.00 |
| GARNISHMENT/LEVIES | 0.00 | (3,898.74) | (1,133.69) | (322,107.65) |
| GARNISHMENT DISBURSEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| CHECKS/OTHER DISBURSEMENTS | (787.19) | 0.00 | 0.00 | (126,856.30) |
| ENDING CASH - PER BOOKS | 2,763,837.99 | 4,294.35 | 25,332.53 | (39,801.94) |

| Debtor | Humble Surgical Hospital, LLC | Humble Surgical Hospital, LLC | Humble Surgical Hospital, LLC | Humble Surgical Hospital, LLC | TOTAL |
|---|---|---|---|---|---|
| BANK NAME | BBVA Compass | BBVA Compass | Frost | Wilmington Trust | |
| ACCOUNT NUMBER | 6737951349 | 6737952027 | 6740829872 | Multiple [2] | |
| ACCOUNT TYPE | *Checking* | *Checking* | *Checking* | *Escrow Account* | |
| BANK BALANCE | 0.00 | (181.86) | 338,390.28 | 0.00 | 3,133,320.18 |
| DEPOSITS IN TRANSIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OUTSTANDING CHECKS | 0.00 | 0.00 | (66,768.68) | 0.00 | (108,217.51) |
| ADJUSTED BANK BALANCE | 0.00 | (181.86) | 271,621.60 | 0.00 | 3,025,102.67 |
| BEGINNING CASH - PER BOOKS [1] | 0.00 | 51,856.43 | 0.00 | 113,501.07 | 334,032.10 |
| RECEIPTS | 0.00 | 0.00 | 34,891.89 | 0.00 | 4,205,612.17 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | 0.00 | 687,882.57 | 443,065.81 | 0.00 |
| (WITHDRAWAL) OR INDIVIDUAL CONTRIBUTION BY DEBTOR   MFR-2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GARNISHMENT/LEVIES | 0.00 | (51,856.43) | 0.00 | 0.00 | (378,996.51) |
| GARNISHMENT DISBURSEMENT | 0.00 | 0.00 | 325,000.00 | 0.00 | 325,000.00 |
| CHECKS/OTHER DISBURSEMENTS | 0.00 | (181.86) | (776,152.86) | (556,566.88) | (1,460,545.09) |
| ENDING CASH - PER BOOKS | 0.00 | (181.86) | 271,621.60 | 0.00 | 3,025,102.67 |

Notes:
[1] All Debtors filed at beginning of day February 24, 2017. This period includes February 24, 2017- March 31, 2017. Beginning Bank Balance is beginning of day February 24, 2017.
[2] Account numbers include 117440-000; 117440-001; 117440-002; 117440-003; 117440-004; 117440-006; 117440-007; 117440-010; 118739-000.
[3] Wilmington Trust accounts typically end with a daily balance $0.00. However, there were no instructions for the escrow agent on February 23, 2017; therefore, funds were held at the time the bankruptcy was filed. It was disbursed post-petition along with other transfers into Wilmington Trust that were made post-petition.

CASE NAME: Humble Surgical Hospital, et al.
CASE NUMBER: 17-31078-H2-11

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | Humble Surgical Hospital, LLC 2/24/17- 3/31/2017 | Humble Surgical Holdings, LLC 2/24/17- 3/31/2017 | K&S Consulting ASC, LP 2/24/17- 3/31/2017 | K&S Consulting Management, LLC 2/24/17- 3/31/2017 |
|---|---|---|---|---|
| 1. Omnia Healthcare/ Disbursement from Escrow Account | $21,167.08 | $0.00 | $0.00 | $0.00 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| **TOTAL INSIDERS (MOR-1)** | $21,167.08 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | Humble Surgical Hospital, LLC 2/24/17- 3/31/2017 | Humble Surgical Holdings, LLC 2/24/17- 3/31/2017 | K&S Consulting ASC, LP 2/24/17- 3/31/2017 | K&S Consulting Management, LLC 2/24/17- 3/31/2017 |
|---|---|---|---|---|
| 1 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| **TOTAL PROFESSIONALS (MOR-1)** | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-9**  *Revised 07/01/98*
Notes: