**Exhibit A**

| No. | Defendant Doctors | Defendant Doctors' Addresses | Defendant Companies | Defendant Companies' Addresses |
|---|---|---|---|---|
| 1 | Ifeolumipo O. Sofola | 9301 Pinecroft Dr., Suite 100, Shenandoah, TX 77380 | Starlight Surgical, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 2 | Benjamin Cilento | 650 W. Bough Lane, Suite 164, Houston, Tx 77024 or 7 Eastwood Place, The Woodlands, Tx 77382 | Houston D'altavilla Enterprises, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 3 | Gary Kraus | 12121 Richmond AVE., Suite 324, Houston, Tx 77082 | North Houston Neurosurgery, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 4 | Bonaventure Ngu | 9200 Pinecroft Drive, Suite 465, The Woodlands, TX 77380 or 710 Buckingham Dr., Houston, Tx 77024 or 6 N. Fazio Way, The Woodlands, Tx 77389 | Ispine Care Specialist, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 5 | Mark Filley | 504 Medical Center Blvd., Conroe, Tx 77304 or 10507 E. Wildwind Cir., Spring, Tx 77380 | Norheast Spine Center, PLLC | Mark J. Filley, 10507 E. Wildwind Cir., Spring, Tx 77380 |
| 6 | David Singleton | 3525 FM 1960 East, Humble, Tx 77338 | Kingwood Surgical Hospital, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 7 | Michael L. Blackwell | 425 Holderrith Blvd, #110, Tomball, TX 77375 or 17202 Red Oak Drive, Suite 307, Houston, TX 77090 | Batjac Surgical Group, PLLC | Michael L. Blackwell, 425 Holderrieth Blvd., Suite 110, Tomball, TX 77375 |
| 8 | Michael Leahy | 13603 Michel Rd., Tomball, Tx 77375 | Spine Surgery, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 9 | Navim Subramanian | 5420 West Loop South, Suite 2300, Bellaire, TX 77401 or 22751 Professional Drive, Suite 250, Kingwood, Tx 77339, or 1900 North Loop West, Suite 670, Houston, Tx 77018 | Humble Spine Surgery, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 10 | Perrin Clark | 6046 FM 2920, Suite 508, Spring, Tx 77379 | Surgical Excellence, PLLC | Rosanna Clark, 9322 Castlehead Dr., Tomball, Tx 77375 |
| 11 | Shah Naweed Siddiqi | 11301 Fallbrook Dr., Suite 220, Houston, TX 77065 or 13323 Dotson Rd., Houston, Tx 77070 or 38 Lake Sterling Gate Dr., Spring, Tx 77379 | Northwest Houston Spine Care, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 12 | Saqib Siddiqui | 14450 T.C. Jester BLvd. Suite 100, Houston, Tx 77014 | Humble Spine Center, PA | James Michael Graham, 6201 Bonhomme Rd., Houston, Tx 77036 |
| 13 | Kenneth Lee | 16929 Southwest Freeway, Suite 100, Sugar Land, Tx 77479 or 4617 Evergreen Street, Bellaire, Tx 77401 | Socal Surgical Holdings, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 14 | Abdel K. Fustok | 4126 Southwest Freeway, Suite 1120, Houston, TX 77027 | AKF Humble Surgical Services, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |

**Exhibit A**

| No. | Defendant Doctors | Defendant Doctors' Addresses | Defendant Companies | Defendant Companies' Addresses |
|---|---|---|---|---|
| 15 | Munir Ahmad Shah | 1441 Woodstead Ct., Suite 300, Spring, Tx 77380 or 38 E. Shore Dr., Spring, Tx 77380 | Indigo Light, PLLC | Munir Shah, 38 East Shore Dr., Spring, TX 77380 |
| 16 | Robert Launikitis | 10847 Kuykendahl Rd., Suite 350, The Woodlands, Tx 77382 | Reliable Universal Operations, PLLC | Robert Launikitis, 4022 Hidden Winds Dr., Spring, Tx 77386 |
| 17 | Perrin Clark | 2000 Crawford St., Suite 800, Houston, Tx 77002 or 6046 FM 2920, Suite 408, Spring, Tx 77379 | Surgical Sinus Center of Humble, LLP | Perrin Clark, 2000 Crawford, Suite 800, Housotn, Tx 77002 |
| 18 | Jack Chapman | 50 E Ambassador Bend, The Woodlands, Tx 77382 | Global Pain Services, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 19 | Gregory Harvey | 22751 Professional Dr., Suite 250, Kingwood, Tx 77339 or 2032 Rice Blvd, Houston, Tx 77005 | Orthopedic Sports Medicine of NE Houston, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 20 | Majed Ibrahim (or Majid) | 4140 Southwest Freeway, Suite 510, Houston, Tx 77027 | Ear Nose & Throat Center - The Woodlands, LLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 21 | Pawan Grover | 7500 Beechnut St., Suite 280, Houston, Tx 77074 | Sandy Surgical Services, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 22 | Stephen Eichelsdorfer | 5120 Woodway Dr., Suite 7012 Houston, TX 77056 or 3126 Junegrass Court, Kingwood, TX 77345 | Northeast Surgical Hospital, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 23 | Amir Malik | 7500 Beechnut Street, Suite 150, Houston, Tx 77074 or 2727 Robinhood Street, Houston, Tx 77005 | Neurological Associates of Humble, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 24 | Madaiah Revana | 9950 Memorial Blvd., Suite 201, Humble, Tx 77338 | Revana Cardiology Associates, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 25 | Mazen Ganim | 6400 Fannin Street, Suite 2210B, Houston, Tx 77030 | Deerbrook Cardiology, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 26 | Marc P. Spector | 18842 S. Memorial Dr., Suite 204, Humble, Tx 77338 | M.S. Surgical , PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 27 | Mohammed-Tarek Al-Fahl | 13603 Michel Rd, Tomball, TX 77375 or 9715 Stonecross Bend Drive, Houston, Tx 77070 | humbl | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 28 | Camille Cash | 2150 Richmond, Suite 103, Houston, Tx 77098 | New Monarch Plastic Surgical Center, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 29 | Mirza Baig | 9595 Six Pines Dr., Suite 8210, The Woodlands, TX 77380 | Neurocare Surgical, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 30 | Kevin R. Smith | 6410 Fannin St., Suite 810, Houston, Tx 77030 or 1701 South Shepard Dr., Houston, Tx 77019 | Smith Sinus & Headache Center of Texas, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 31 | Ira Lieber | 510 Little John Lane, Houston, TX 77024 | Cardiovascular Medical Services, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |

**Exhibit A**

| No. | Defendant Doctors | Defendant Doctors' Addresses | Defendant Companies | Defendant Companies' Addresses |
|---|---|---|---|---|
| 32 | Cordell Nwokeji | 22751 Professional Dr., Suite 270, Kingwood, Tx 77339 | Premier Surgery Center, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 33 | Gary Kraus | 12121 Richmond Ave. Suite 324, Houston, Tx 77082 or 14575 FM 1960 Bypass Rd. E, Humble, Tx 77338 | Humbok Neurosurgery, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 34 | James M. Graham | 9200 Pinecroft, Suite 280, The Woodlands, Tx 77380 | Humble Spinal Solutions, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 35 | Shakeel Uddin (or Uddin Shakeel) | 2627 Chestnut Ridge Rd., Suite 100, Kingwood, Tx 77339 | Lou-Al Cardiac Center, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 36 | William Hayes | 267 N. Silvershire Cir., The Woodlands, Tx 77381 | Humble Shoulder and Knee Surgeons, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 37 | Brad Bachmann | 8681 Louetta Rd., Suite 150, Spring, Tx 77379 | Humble Foot Surgery, PLLC | Brad Bachmann, 8681 Louetta Road, Suite 150, Spring, Tx 77379 |
| 38 | Andrew T. Lyos | 10847 Kuykendahl Rd. #250, The Woodlands, TX 77382 or 6560 Fannin St. Suite 1530, Houston, TX 77030 | ATL Plastics & Reconstructive Surgery Center, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 39 | Raka Gohel | 506 Graham Drive, Suite 240, Tomball, Tx 77375 or 6640 Brompton Rd., Houston, Tx 77005 | Humble Spine & Pain Management, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 40 | Tulsidus Kuruvanka | 13325 Hargrave Rd., Suite 100, Houston, Tx 77070 | SVK Heart and Vascular Center, LLC | Kayla Fanton, 5120 Woodway Dr., Suite 7012, Houston Tx 77056 |
| 41 | Jason Armstrong | 17215 Red Oak Drive, Suite 102, Houston, Tx 77090 or 9019 Sailing Drive, Humble, Tx 77346 | Ironclad II Surgical Care, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 42 | Devinder Bhatia | 8901 FM 1960 Bypass Rd W, Humble, Tx 77338 | Southeast Thoracic and Cardiovascular Surgery, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 43 | Yusuf Mosuro | 2000 Crawford St., Suite 800, Houston, Tx 77002 | Metro Spine, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 44 | Jerry Miles | 8901 FM 1960 Bypass Rd. W, Suite 305, Humble, Tx 77338 or 1475 FM 1960 Bypass Rd E., Humble, Tx 77338 or #2 Kings Hill Lane, Kingwood, Tx 77346 | JCZ Surgery, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 45 | James Strickland | 1475 FM 1960 Bypass Rd. E, Humble, TX 77338 | EP Billing Source, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 46 | Naveendra Korivi | 4123 Grennoch Ln, Houston, Tx 77025 or 1475 FM 1960 Bypass Rd E, Humble, TX 77338 | First Choice Spine Care, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 47 | Keith Johnson | 6767 Lake Woodlands Drive, Suite F, The Woodlands, TX 77382 or 20639 Kuykendahl Road, Suite 200, Spring, TX 77379 | Humble Sports Orthopaedics, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |

**Exhibit A**

| No. | Defendant Doctors | Defendant Doctors' Addresses | Defendant Companies | Defendant Companies' Addresses |
|---|---|---|---|---|
| 48 | Omar Fustok | 4140 Southwest Freeway, Suite 510, Houston, Tx 77027 | River Oaks ENT Surgery, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 49 | Eugenio Fred Aguilar | 2414 Sunset Blvd, Houston, TX 77005 | Esteem Plastic Surgery, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 50 | Allen Criswell | 5420 West Loop South, Suite 2300, Bellaire, Tx 77401 | Superior Bone Incorporated, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 51 | Mariam El-Baghdadi | 2000 Crawford St., Suite 900, Houston, Tx 77002 | Texas Pain Relief Centers, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 52 | Nabil Mahmood Ahmad | 203 N. College Ave., Suite 2002, Cleveland, Tx 77327 | Premier Heart and Vascular, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 53 | Jose E. Barrera | 312 Blue Bonnet Blvd., San Antonio, TX 78209 | Endormir Surgical, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 54 | James Mathis | 13603 M ichel Rd., Tomball, Tx 77375 | Texas Sports & Joint Reconstruction Institute, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 55 | Benjamin Cilento | 650 W. Bough Lane, Suite 164, Houston, Tx 77024 or 7 Eastwood Place, The Woodlands, Tx 77382 | Pantera Surgical Associates, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 56 | Robert Berwind | 201 Kingwood Medical Dr., Kingwood, Tx 77339 | Stonewall Surgical, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 57 | Juan Mario Villafani | 19701 Kingwood Dr., Building 9, Kingwood, Tx 77339 or 8710 Winston Falls Ct., Humble, Tx 77396 | JMV Surgery, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 58 | Jerry Keepers | 308 West parkwood Avenue, suite 10, Friendswood, TX 77546 or 2203 Long Valley Drive, Kingwood, TX 77345 | Gulf Coast Pain Management, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 59 | Michael Litrel | 227 Riverstone Dr., Canton, GA 30114 or 807 Bermuda Run, Woodstock, GA 30189 | North Houston Surgical Associates, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 60 | Robert H. Fain, Jr. | 6400 Fannin St. Suite 2200, Houston, Tx 77030 or 8319 Greenbush, Houston, Tx 77056 | Odonata Surgical, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 61 | Mohamad M. Saijari | 5005 Hidalgo, Suite 805, Houston, Tx 77056 | North Physicians Management Services, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 62 | Matthew Hammit | 13603 Michel Rd., Tomball, Tx 77375 | SE Texas Bone & Joint Center, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 63 | Serge-Alain B Awasum | 1120 Medical Plaza Dr., Shenandoah, Tx 77380 | The Woodlands Endoscopy Associates, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 64 | Paul S. Gill | 9200 Pinecroft Dr., Suite 460, The Woodlands, Tx 77380 | Humble Plastic Surgery, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 65 | Okezie N. Okezie | 720 Rollingbrook Dr., Baytown, Tx 77521 | Surgical Pain Management Services, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |

**Exhibit A**

| No. | Defendant Doctors | Defendant Doctors' Addresses | Defendant Companies | Defendant Companies' Addresses |
|---|---|---|---|---|
| 66 | Ankur Mehta | 8830 Long point Rd., Suite 502, Houston, TX 77055 | Saint Ignatius Medical, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 67 | Kofi Boahene | 1822 Morning Brook Drive, Forest Hill, MD 21050 | KOB Advanced Surgical, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 68 | Renee Strausser | 26 Mohawk Path Place, The Woodlands, Tx 77389 | Humble Facilities & Hosptial, LLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 69 | Bernabe Canlas | 611 Constellation Blvd., League City, TX 77573 | Bay Area Surgery, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 70 | Jason Balette | 9200 Pinecroft Dr., Suite 250, Shenandoah, TX 77380 | Texas General Surgical Associates, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 71 | Edwin Taegel | 909 Frostwood Dr., Houston, Tx 77024 | Taegel Surgical of Houston, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 72 | Dipti Bavishi | 7777 Southwest Fwy Suite 544, Houston, Tx 77074 | GI Institute of North Houston, LLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 73 | Jeffrey Kevin Smith | 13603 Michel Rd, Tomball, Tx 77375 or 91 W. Landsdowne Cir., The Woodlands, Tx 77382 | North Houston Extremity Care, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 74 | Sterling Ridge Orthopedics and Sports Medicine, MD (William Hays) | 6767 Lake Woodlands Dr. F, The Woodlands, Tx 77382 | Woodlands Orthopedic Services, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 75 | Clyde Corey | 1011 Medical Plaza Dr., Suite 250, The Woodlands, Tx 77380 | Urology Surgical Services 2, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 76 | Nelson A. Tajong | 86 Lenox Hill Dr., Spring, Tx 77382 | Humble Twelve Diagnostics, PLLC | Nelson A. Tajong, 86 Lenox Hill Dr., Spring, Tx 77382 |
| 77 | Grzegorz Kurzydlo | 19411 McKay Blvd, Suite 200, Humble, Tx 77338 or 13718 Brighton park Dr., Houston, Tx 77044 | GPK Surgical, PLLC | Steven H. Marks, 17403 Moreton Lane, Spring, Tx 77379 |
| 78 | Kozhaya Sokhon | 1125 Cypress Station Dr., Suite A3, Houstn, Tx 77090 or 20 Thunder Hollow Place, Spring, Tx 77381 | Kartaba, PLLC | Kozhaya C. Sokhon, 20 Thunder Hollow Place, Spring, Tx 77381 |
| 79 | Mohan Jacob | 18955 N. Memorial Dr., Suite 440, Humble, Tx 77338 or 39 West Islk Place, The Woodlands, Tx 77381 | Northeast Heart Center, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 80 | Gary Kraus | 12121 Richmond AVE., Suite 324, Houston, Tx 77082 | KB Surgery North, PLLC | Gary Kraus, 12121 Richmond Ave., Suite 324, Houston, Tx 77082 |
| 81 | Gordon Beardwood | 12121 Richmond AVE., Suite 324, Houston, Tx 77082 | KB Surgery North, PLLC | Gary Kraus, 12121 Richmond Ave., Suite 324, Houston, Tx 77082 |
| 82 | Haresh Yalamanchili | 7700 San Felipe St., Suite 280, Houston, Tx 77063 or 5426 Tupper Lake Dr., Houston, Tx 77056 | Post Oak Surgical, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 83 | Rajeshwar Abrol | 506 Graham Dr., Suite 100, Tomball, Tx 77375 | Oxford Specialty Surgical Center, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |

**Exhibit A**

| No. | Defendant Doctors | Defendant Doctors' Addresses | Defendant Companies | Defendant Companies' Addresses |
|---|---|---|---|---|
| 84 | Pulin Pandya | 515 W. Little York Rd., Suite E, Houston, Tx 77091 | North Houston Urology Services, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 85 | Raymond W. Little | 24040 Us Hwy 59 North, Kingwood, Tx 77339 | Houston Heart & Vein Institute, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 86 | Ataurrabb ("Ata") Ahmad | 13624 Michel Road, Suite 101, Tomball, TX 77375 or 11740 FM 1960, Houstn, TX 77065 | Cypress Surgical, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 87 | Jeanne Smith | 8603 Amy Brook Ct., Humble, TX 77396 or 1475 FM 1960 Bypass Rd E, Humble, TX 77338 | Exclusive Women's Surgical Services, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 88 | James Le | 9610 Westheimer Rd., Houston, TX 77063 | Outpatient MUA Services of NE Houston, PLLC | James Le, 9610 Westheimer, Houston, Tx 77063 |
| 89 | Annie Varughese | 800 Peakwood Dr. Suite 8C, Houstn, Tx 77090 or 25329 I-45, The Woodlands, Tx 77380 | JVEB Enterprises, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 90 | Elizabeth T. Bonefas | 6800 West Loop South, Suite 520, Bellaire, TX 77401 | Breast Health Houston, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 91 | M. Radwan Al-Sabbagh | 6410 Fannin, Suite 1260, Houston, Tx 77030 | Diagnostic and Therapeutic Endoscopy of North Houston, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 92 | Steven C. Ugbarugba | 13507 Hargrave Rd, Houston, TX 77070 | Clinic Aruba, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 93 | Kris Ellen Barnsfather | 22999 US 59 #250, Humble, TX 77339 or 350 Kingwood Medical Dr., Kingwood, Tx 77339 | AWHKB, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 94 | Joseph Petty | 350 Kingwood Medical Dr., Kingwood, TX 77339 | AWHKB, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 95 | George DeLoach | 400 Bypass Lane, Suite 112, Livingston, TX 77351 | Big Thicket Orthopedics, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 96 | Neville Brian Flowers | 58 East Heritage Mill Circle, Tomball, TX 77375 | Bison Orthopedic Associates, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 97 | Brian Seabolt | 3201 University Drive East, Suite 115, Bryan, TX 77802 or 4446 Tuscany Trace, College Station, TX 77845 | BRS Orthopedic Services, PLLC | Brian R. Seabolt, 3201 University Drive East, Suite 115, Bryan, TX 77802 |
| 98 | Irfan Wadiwala | 2206 Brimmage Dr., Houston, Tx 77067 or 1475 FM 1960 Bypass Rd. E, Humble, TX 77338 | Houston Lonestar Associates, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 99 | Teodulo Aves | 9525 Katy Freeway, Suite 130, Houston, Tx 77024 | Humble Pain Relief Associates, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 100 | Imran Fayaz | 1111 Medical Plaza Drive, Suite 200, The Woodlands, Tx 77380 | Neurological Services of Texas 01, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 101 | Naveen Ramineni | 1140 Cypress Station Dr., Suite 200, Houston, Tx 77090 | Saul Spine, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |

**Exhibit A**

| No. | Defendant Doctors | Defendant Doctors' Addresses | Defendant Companies | Defendant Companies' Addresses |
|---|---|---|---|---|
| 102 | Liliana Woo | 22999 Highway 59 N, Kingwood, TX 77339 | TRP Alpha Holdings, LLC | Liliana Woo, 919 Graham Dr., Suite A, Tomball, Tx 77375 |
| 103 | Remi Jaiyeola | 1485 FM 1960 Bypass Rd. E, Suite 340, Humble, Tx 77338 | Ultimate Surgical Procedures, PLLC | K&S Consulting, 5120 Woodway Drive, Suite 7012, Houston, TX 77056 |
| 104 | Paul Michael Mann | 18850 S. Memorial Dr., Humble, Tx 77338 | Westgreen Ambulatory Surgery Center, PLLC | Paul M. Mann, 5115 Main St., Suite 300, Houston, Tx 77002 |