# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☑ Sjoberg   ☐ Dryden   ☐ |
| DATE | May 10, 2017 |
| TIME | 10:03 a.m. — 11:25 a.m. |
| CIVIL ACTION | H — 12 — 1206 |
| STYLE | Aetna Life Insurance Company versus Humble Surgical Hospital, LLC |
| BANKRUPTCY | 17-31078-H2-11 |
| STYLE | In re Humble Surgical Hospital, LLC, et al. |

DOCKET ENTRY

☐ Conference;  ☑ Hearing;  ____ day  ☐ Bench  ☐ Jury Trial  (Rptr: Miller)

| | | |
|---|---|---|
| John Shely, Kelsey Hope | for | Aetna |
| John Sparacino, Robert Ogle, Chris Quinn | for | the estate and Ch. 11 trustee |
| | for | |
| Matt Manning, Rudy Cerone | for | Regions Bank |
| Kelli Norfleet | for | G&E HC REIT II - landlord |
| Owen Sonik | for | Humble ISD |
| George Angelich - phone | for | Unsecured Creditors Committee |
| | for | |

☐ All motions not expressly decided are denied without prejudice.
☐ **Evidence taken** [exhibits or testimony].
☐ Argument heard on:   ☐ all pending motions;   ☐ these topics: ___

☐ Motions taken under advisement: ___
☑ Order to be entered.
☐ Rulings orally rendered on: ___