**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:                                                                                    Case No.   17-31078
**Humble Surgical Hospital Liquidating Trust, et al**

**DEBTOR**

**CHAPTER 11 POST-CONFIRMATION REPORT**
**FOR THE QUARTER ENDING September 30, 2020**

1. __X__Quarterly   or   _____Final (check one)

2. SUMMARY OF DISBURSEMENTS:

   A. Disbursements* made under the plan
   B. Disbursements not under the plan                                $    1,866.41
   Total Disbursements                                                $    1,866.41

   * ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

3. Has the order confirming plan become final?                _X_ Yes   ___ No
4. Are Plan payments being made as required under the Plan?   _X_ Yes   ___ No
5. If "No", what Plan payments have not been made and why?
   Please explain:
   _____
   _____

6. If plan payments have not yet begun, when will the first plan payment be made? _____ (Date)

7. What date did the reorganized debtor or successor of the debtor under the plan assume the business or management of the property treated under the plan?   5/24/2018   (Date)

8. Please describe any factors which may materially affect your ability to obtain a final decree at this time.
   _None_____
   _____
   _____

9. Complete the form for Plan Disbursements attached.
10. <u>CONSUMMATION OF PLAN:</u>
    A. If this is a final report, has an application for Final Decree been submitted?
       _____ Yes   Date application was submitted _____
       __X__ No      Date when application will be submitted ___TBD___
    B. Estimated Date of Final Payment Under Plan ___TBD___

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: *[signature]*                                        DATE:   10/20/2020
        Christopher L. Quinn

Notes:
[1] Formerly known as Humble Surgical Hospital, LLC.

IN RE:

Humble Surgical Hospital Liquidating Trust, et al

CASE NO. 17-31078

| QUARTER ENDING: September 30, 2020 | | |
|---|---|---|
| CASH RECEIPTS & DISBURSEMENTS | Current Quarter Q3 2020 | CONFIRMATION TO DATE |
| CASH-BEGINNING OF QUARTER | $ 1,535,234.05 | $ 3,230,429.05 |
| RECEIPTS | $ 29,245.00 | $ 3,517,069.80 |
| OTHER - Transfers[1] | | $ (3,316.34) |
| DISBURSEMENTS | | |
| NET PAYROLL | | $ - |
| PAYROLL TAXES PAID | | $ - |
| | | $ - |
| UTILITIES | | $ - |
| INSURANCE | | $ - |
| TEXAS COMPTROLLER | | $ 217,152.61 |
| US TREASURY DEPT | | $ 1,200,000.00 |
| BILLING AND MEDICAL SOFTWARE | | $ 54,552.04 |
| PAYMENT TO LABS | | $ 501,850.00 |
| US TRUSTEE FEES | $ 1,300.00 | $ 72,462.18 |
| PROFESSIONAL FEES | | $ 3,126,852.94 |
| ADMINISTRATIVE & SELLING | $ 40.00 | $ 5,893.58 |
| OTHER (Texas Workforce Commission) | $ 526.41 | $ 2,806.52 |
| TOTAL PLAN PAYMENTS (page 1 and page 4) | | $ - |
| TOTAL DISBURSEMENTS (this figure should equal Total disbursements, Item 2, Summary of Disbursements) | $ 1,866.41 | $ 5,181,569.87 |
| NET CASH FLOW | $ 27,378.59 | $ 1,562,612.64 |
| CASH-END OF QUARTER | $ 1,562,612.64 | $ 1,562,612.64 |

[1]BBVA Compass accounts closed

IN RE:
Humble Surgical Hospital Liquidating Trust, et al

CASE NO.
17-31078

## CASH ACCOUNT RECONCILIATION FOR ALL FUNDS
### QUARTER ENDING: June 30, 2020

**Humble Surgical Hospital Liquidating Trust**
**Cadence Bank Account Ending in 2736**

| | July 2020 | August 2020 | September 2020 | Total |
|---|---|---|---|---|
| Bank Balance | $ 1,461,045.48 | $ 1,462,184.54 | $ 1,488,424.07 | $ 1,488,424.07 |
| Deposit in Transit | | | | |
| Outstanding Checks | | | | |
| Adjusted Balance | $ 1,461,045.48 | $ 1,462,184.54 | $ 1,488,424.07 | $ 1,488,424.07 |
| Beginning Cash-Per Books | $ 1,461,045.48 | $ 1,460,965.01 | $ 1,462,184.54 | $ 1,461,045.48 |
| Receipts | $ 1,415.00 | $ 1,415.00 | $ 26,415.00 | $ 29,245.00 |
| Transfers Between Accounts | | | | $ - |
| Checks/Other Disbursements | ($1,495.47) | ($195.47) | ($175.47) | $ (1,866.41) |
| Ending Cash-Per Books | $ 1,460,965.01 | $ 1,462,184.54 | $ 1,488,424.07 | $ 1,488,424.07 |

**Humble Surgical Hospital, LLC**
**Frost Bank Account Ending in 2180**

| | July 2020 | August 2020 | September 2020 | Total |
|---|---|---|---|---|
| Bank Balance | $ 6,157.13 | $ 6,157.13 | $ 6,157.13 | $ 6,157.13 |
| Deposit in Transit | | | | |
| Outstanding Checks | | | | |
| Adjusted Balance | $ 6,157.13 | $ 6,157.13 | $ 6,157.13 | $ 6,157.13 |
| Beginning Cash-Per Books | $6,157.13 | $ 6,157.13 | $ 6,157.13 | $ 6,157.13 |
| Receipts | $ - | $ - | $ - | $ - |
| Transfers Between Accounts | $ - | $ - | $ - | $ - |
| Checks/Other Disbursements | $ - | $ - | $ - | $ - |
| Ending Cash-Per Books | $ 6,157.13 | $ 6,157.13 | $ 6,157.13 | $ 6,157.13 |

**Humble Surgical Hospital, LLC**
**BBVA Compass Bank Account Ending in 5749**

| | July 2020 | August 2020 | September 2020 | Total |
|---|---|---|---|---|
| Bank Balance | $ - | $ - | $ - | $ - |
| Deposit in Transit | | | | |
| Outstanding Checks | | | | |
| Adjusted Balance | $ - | $ - | $ - | $ - |
| Beginning Cash-Per Books | $ - | $ - | $ - | $ - |
| Receipts | $ - | $ - | $ - | $ - |
| Transfers Between Accounts | $ - | $ - | $ - | $ - |
| Checks/Other Disbursements | $ - | $ - | $ - | $ - |
| Ending Cash-Per Books | $ - | $ - | $ - | $ - |

**Humble Surgical Hospital, LLC**
**BBVA Compass Bank Account Ending in 2441**

| | July 2020 | August 2020 | September 2020 | Total |
|---|---|---|---|---|
| Bank Balance | $ - | $ - | $ - | $ - |
| Deposit in Transit | | | | |
| Outstanding Checks | | | | |
| Adjusted Balance | $ - | $ - | $ - | $ - |
| Beginning Cash-Per Books | $ - | $ - | $ - | $ - |
| Receipts | $ - | $ - | $ - | $ - |
| Transfers Between Accounts | $ - | $ - | $ - | $ - |
| Checks/Other Disbursements | $ - | $ - | $ - | $ - |
| Ending Cash-Per Books | $ - | $ - | $ - | $ - |

# CASH ACCOUNT RECONCILIATION FOR ALL FUNDS
## QUARTER ENDING: March 31, 2020

### Humble Surgical Hospital, LLC
### BBVA Compass Account Ending in 9872

| | July 2020 | August 2020 | September 2020 | Total |
|---|---|---|---|---|
| Bank Balance | $ - | $ - | $ - | $ - |
| Deposit in Transit | | | | |
| Outstanding Checks | | | | |
| Adjusted Balance | $ - | $ - | $ - | $ - |
| Beginning Cash-Per Books | $ - | $ - | $ - | $ - |
| Receipts | $ - | $ - | $ - | $ - |
| Transfers Between Accounts | $ - | $ - | $ - | $ - |
| Checks/Other Disbursements | $ - | $ - | $ - | $ - |
| Ending Cash-Per Books | $ - | $ - | $ - | $ - |

### Humble Surgical Hospital, LLC
### Allegiance Bank Account Ending in 2521

| | July 2020 | August 2020 | September 2020 | Total |
|---|---|---|---|---|
| Bank Balance | $ 68,031.44 | $ 68,031.44 | $ 68,031.44 | $ 68,031.44 |
| Deposit in Transit | | | | |
| Outstanding Checks | | | | |
| Adjusted Balance | $ 68,031.44 | $ 68,031.44 | $ 68,031.44 | $ 68,031.44 |
| Beginning Cash-Per Books | $68,031.44 | $ 68,031.44 | $ 68,031.44 | $ 68,031.44 |
| Receipts | | | | |
| Transfers Between Accounts | | | | |
| Checks/Other Disbursements | | | | |
| Ending Cash-Per Books | $ 68,031.44 | $ 68,031.44 | $ 68,031.44 | $ 68,031.44 |

## CASH ACCOUNT RECONCILIATION FOR ALL FUNDS (Continued)

### Humble Surgical Hospital, LLC
### BBVA Compass Bank Account Ending in 2027

| | July 2020 | August 2020 | September 2020 | Total |
|---|---|---|---|---|
| Bank Balance | $ - | $ - | $ - | $ - |
| Deposit in Transit | | | | |
| Outstanding Checks | | | | |
| Adjusted Balance | $ - | $ - | $ - | $ - |
| Beginning Cash-Per Books | $ - | $ - | $ - | $ - |
| Receipts | $ - | $ - | $ - | $ - |
| Transfers Between Accounts | $ - | $ - | $ - | $ - |
| Checks/Other Disbursements | $ - | $ - | $ - | $ - |
| Ending Cash-Per Books | $ - | $ - | $ - | $ - |

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| | July 2020 | August 2020 | September 2020 | Total |
|---|---|---|---|---|
| Beginning Cash-Per Books | $ 1,535,234.05 | $ 1,535,153.58 | $ 1,536,373.11 | $ 1,535,234.05 |
| Receipts | $ 1,415.00 | $ 1,415.00 | $ 26,415.00 | $ 29,245.00 |
| Transfers Between Accounts | $ - | $ - | $ - | $ - |
| Checks/Other Disbursements | $ (1,495.47) | $ (195.47) | $ (175.47) | $ (1,866.41) |
| Ending Cash-Per Books | $ 1,535,153.58 | $ 1,536,373.11 | $ 1,562,612.64 | $ 1,562,612.64 |

IN RE:

Humble Surgical Hospital Liquidating Trust, et al

CASE NO.

17-31078

## PAYMENTS TO CREDITORS UNDER THE PLAN

| QUARTER ENDING: | | | Quarter 3 2020 | CONFIRMATION TO DATE |
| --- | --- | --- | --- | --- |
| | | | | Case No. 17-30178 |
| CREDITOR | CLASS OF CREDITOR | NEXT PAYMENT DUE | | |
| Texas Workforce Commission | Unsecured Priority | 10/16/2020 | $ (526.41) | $ (2,281.11) |
| TOTAL PLAN PAYMENTS: (report on page 1 and page 2) | | | | $ (2,281.11) |